

**ORDERED in the Southern District of Florida on September 10, 2019.**

Raymond B. Ray, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

In re:

**LOUIS TINO FISHER**,  Case No.: 19-19710-RBR
  Chapter 7

    Debtor.
_____/

**ORDER DENYING, WITHOUT PREJUDICE, MOTION TO DISMISS CASE FILED BY CREDITOR THEODORE ROBERTS (ECF 10)**

THIS CAUSE having come before the court on September 4, 2019, for the hearing on the *Creditor Theodore Roberts' Motion to Dismiss Case* (the "*Motion*"). [ECF 10]. With the Court, having considered the *Motion*, and *Debtor's Response to Creditor Theodore Roberts' Motion to Dismiss Case*, [ECF 16], and having reviewed the record and heard the arguments of counsel, it is **ORDERED** that the *Motion* is denied without prejudice.

###

1

Submitted by:
Christian J. Olson, Esq.
Nowack & Olson, PLLC
8551 Sunrise Blvd., Suite 208
Plantation, FL 33322
(954) 349-2265


Copies furnished to:

Debtor's Attorney Olson is directed to serve a conformed copy of this Order to all creditors and interested parties immediately upon receipt hereof and file a Certificate of Service.