

**ORDERED in the Southern District of Florida on October 25, 2019.**

*Scott M. Grossman*
_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| In re: | Chapter 7 |
|---|---|
| Louis Tino Fisher, | Case No. 19-19710-SMG |
| Debtor. | |

## ORDER DISMISSING CASE

This matter came before the Court for hearing on October 22, 2019 at 9:30 a.m. upon *Creditor Theodore Roberts's Renewed Motion to Dismiss Case or in the Alternative, for Relief from the Automatic Stay* (ECF No. 24) (the "Motion"), and *Debtor's Response in Opposition* (ECF No. 32) (the "Response"). Upon consideration of the Motion, the Response, and the record in this case, the Court finds that this case was filed ten days before a state court-ordered sale pursuant to a final judgment of

specific performance, and that this case is a two-party dispute between the Debtor and the movant, in which the Debtor is seeking relief from the state court judgment. The *Rooker-Feldman* doctrine, however, prohibits a collateral attack on the state court judgment in this Court. *Target Media Partners v. Specialty Mktg. Corp.*, 881 F.3d 1279, 1285–86 (11th Cir. 2018). For these reasons, and those stated orally on the record in open court, cause exists under 11 U.S.C. § 707(a) to dismiss this case. Accordingly, it is **ORDERED** that:

1. The Motion is **GRANTED**.

2. This case is **DISMISSED**.

3. *Creditor Theodore Roberts's Objection to Debtor's Claimed Homestead Exemption*, (ECF No. 25), set for hearing on November 13, 2019 is **DENIED** as moot and the November 13 hearing is cancelled.

### 

Copies furnished to:

Jason Slatkin, Esq., who must serve a copy of this Order on all interested parties and file a certificate of service.