# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

Chapter 7
Case No. 19-19710-SMG

In re:

Louis Tino Fisher,
    Debtor,

FILED-USBC, FLS-FTL
'19 NOV 1 PM 3:37

## MOTION FOR REHEARING AND CLARIFICATION

Debtor LOUIS T. FISHER, **PRO SE**, respectfully requests this Court to rehear and clarify the Creditor Theodore Robert's Motion to Dismiss Case or in the Alternative, for Relief from the Automatic Stay (ECF No. 24) (the "Motion") and Debtor's Response in Opposition (ECF No.32) (the "Response").

**"The Rooker-Feldman doctrine, however,**

**prohibits a collateral attack on the state court**

**judgment in this Court."**

1. The Creditor's oral argument was false, misleading, and impossible. The Debtor filed a federal "Automatic Stay" which would make the Creditor's argument false. The "Automatic Stay" stops the Debtor and the Creditor from any

and/or all attacks in State Court. This is the reason the Creditor requested in his motion a request "for Relief from the Automatic Stay" to allow an attack on the Debtor in State Court. The Granting of the Creditor's Motion and Dismissal of the Debtor's case on October 22, 2019 now allows the advantage of a collateral attack to the Creditor. The Debtor well be defending orders from both courts.

> **"pursuant to the final judgement of specific performance, and that this case is a two-party dispute between the Debtor and the movant, in which the Debtor is seeking relief from the state court judgement."**

2. The Court found that the State case is a two-party and that is not factual. The State case is a three-party case with two separate defendants. The State Court Case parties are Theodore Roberts v. Louis T. Fisher, Loretta B. Leonard **CACE 19-006197 (9)** there are two separate non married induvial with different interest. The Debtor sought relief through Bankruptcy to protect his interest. The State Case continued against Loretta B. Leonard. The State Court filed separate orders against Loretta B. Leonard that stated (Loretta B. Leonard Only **Exhibit A**). Loretta B. Leonard then filed an appeal in her name only in case **4D19-2682 Exhibit B**. The

Debtor (Louis T. Fisher) was not in Named as an Appellant and is not involved in that case. The Creditor argued that the Debtor was involved with Loretta B. Leonard's Appeal by doing so the Creditor defrauded the Court. Loretta B. Leonard a separate non-married induvial that has the right to defend herself separate from Debtor.

**3.** The Creditor bolsters that specific performance is the only issue brought before the Court. That is a red herring, the Creditor is also additionally seeking more than $15,000 in fees cost and expenses that will increase the Debtor debt. Moreover the Debtor will incur more than $10,000 in the cost of moving his handicap equipment and the contents of his home.

**WHEREFORE**, the Debtor moves this Court to rehear the Creditor's motion. The Debtor request this Court to clarify whether a third party acting on their own behalf and not a party in the bankruptcy has the right to defend themselves independent of other named Defendants.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by mail this 1st day of November, 2019, on Jason Slatkin, 1 E Broward Blvd Ste. 609, Suite 410, Plantation, Florida 33301-1872.

*Louis T. Fisher* (signature)

Louis T. Fisher
Defendant,
5440 N.W. 12th Court
Lauderhill, Florida 33313
(954) 330-9972



**Fourth District Court of Appeal**
**110 South Tamarind Avenue**
**West Palm Beach, Florida  33401**
**(561) 242-2000**

## ACKNOWLEDGMENT OF NEW CASE

DATE: August 26, 2019

STYLE:   LORETTA LEONARD      v.   THEODORE ROBERTS and
                                                                LOUIS T. FISHER

4DCA#: 19-2682

The Fourth District Court of Appeal has received the Notice of Appeal reflecting a filing date of August 22, 2019.

The county of origin is Broward.

The lower tribunal case number provided is CACE 19-006197.

Fee Status: Due

Case Type:                          Civil                    Other                              Final

The Fourth District Court of Appeal's case number must be utilized on all pleadings and correspondence filed in this cause. Moreover, ALL PLEADINGS MUST INCLUDE THE ATTORNEY'S FLORIDA BAR NUMBER and a physical address.

**ELECTRONIC FILING IS MANDATORY FOR ALL ATTORNEYS**
Incoming filings must be submitted through the Florida Courts E-Filing Portal.
Outgoing filings will be sent by the Court through eDCA Casemail (https://edca.4dca.org).
Attorneys who have not registered for eDCA will not receive paper documents from the court.

FILING FEES MAY NOW BE PAID ELECTRONICALLY THROUGH THE FLORIDA COURTS E-FILING PORTAL – SEE THE COURT'S WEBSITE FOR INSTRUCTIONS

cc:      Klauber Goldman, P.A.      Loretta Leonard              Clerk Broward

tw

Exhibit A

**** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 7/24/2019 4:30.00 PM.****

14

IN THE CIRCUIT COURT OF THE 17TH JUDCIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

THEODORE ROBERTS,  CASE NO.: CACE-19-006197 (09)
an individual,
    Plaintiff,

v.

LOUIS T. FISHER, an individual, and
LORETTA B. LEONARD, an individual,
    Defendants.

RECEIVED JUL 24 2019
BY:_____

_____/

## SUPPLEMENTAL FINAL JUDGMENT
## ON ATTORNEY'S FEES AND COST
(AGAINST LORETTA B. LEONARD ONLY)

The above styled cause having come before this Court on the Plaintiff(s) entitlement to attorney's fees and costs, it is:

**ORDERED AND ADJUDGED** that:

1. Pursuant to the July 1, 2019, Final Judgment, Plaintiff's entitlement to reasonable attorney's fees and costs was recognized by this Court.

2. Upon an evidentiary hearing held on July 24, 2019 the Court finds based upon the record evidence, including expert testimony, that Plaintiff is entitled to recover from the Defendants' $ _8,609.29_ as reasonable attorney's fees and costs consisting of _26.9_ hours of attorney time at the determined reasonable hourly rate of $ _350.00_ and, ~~hours of paralegal time at the determined reasonable hourly rate of $____~~.

3. The Court also finds Plaintiff entitled to recover the expert witness fee of $ _600.00_ from Defendants'.

4. The total attorney's fees and costs award is $ _9,209.29_.

5. It is further ORDERED AND ADJUDGED that ~~each of the~~ Defendant *(Loretta Leonard)* will complete only under oath *Form 1.977, FL.R.Civ.P.* (Fact Information Sheet), including all required attachments, and serve it on the Plaintiff's attorney, within 45 days from the date of this Final Judgment. The Court specifically reserves jurisdiction to enforce the terms of this Judgment.

6. Pursuant to Florida law, the total attorney's fees and costs stated in Paragraph 4 above shall be applied to and reduce the sales price of the property ($252,000.00).

1. The court recognizes Defendants Louis Fisher's, Suggestion of Bankruptcy filed July 23, 2019

Exhibit B

**** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 7/24/2019 4:30:00 PM.****

CASE NO.: CACE-19-006197 (09)

7. Jurisdiction of this case is retained to enter further orders that are proper.

FOR WHICH LET EXECUTION NOW ISSUE.

**DONE and ORDERED** in ~~chambers~~ *courtroom*, Broward County, Florida this 24 day of July, 2019.

HONORABLE JEFFREY R. LEVENSON
CIRCUIT COURT JUDGE

Copies to:
Mitchell B. Haller, Esq., for PLT, 8751 W. Broward Blvd., Ste 410, Plantation, FL 33324
Louis T. Fisher, Defendant, 5440 N.W. 12 Ct., Lauderhill, FL 33313
Loretta B. Leonard, Defendant, 5440 N.W. 12 Ct., Lauderhill, FL 33313

**** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 7/24/2019 4:30:00 PM.****

14

Theodore Roberts.

IN THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT, IN AND FOR Broward COUNTY, FLORIDA

Case No.: CACE-19-006197 (09)

v.

Fisher and Leonard

)
)
)
)
)
)
)
)

**ORDER**

Plaintiff's Monetary Damages Incident to Breach of Contract

THIS CAUSE having come on to be heard on _____, Defendant's/(Plaintiff's)

Motion for Monetary Damages.

and the Court having heard argument of counsel, and being otherwise advised

in the Premises, it is hereupon,

ORDERED AND ADJUDGED that said Motion be, and the same is hereby

Granted. Having submitted evidence on Theodore Roberts damages incident to Defendant, Loretta Leonard's (only) breach of contract, The court finds $3,485.89 reasonable damages to be recovered at closing as a reduction of the purchase price*

DONE AND ORDERED in Chambers, at Ft Lauderdale Broward County Fla

this 24 day of July, 20 19.

RECEIVED JUL 24 2019

Circuit Judge

Copies furnished:

Parties of Record

---

* See, Wiborg v. Eisenberg, 671 So.2d 832 (Fla 4th DCA 1996); see, Boca Palm Invs, Inc. v. Jordan, Inc., 568 So.2d 605 (Fla 4th DCA 1990).