

**ORDERED in the Southern District of Florida on December 4, 2019.**

_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

| | |
|---|---|
| In re: | Chapter 7 |
| Louis Tino Fisher, | Case No.: 19-19710-SMG |
| Debtor<br>_____/ | |

### ORDER (I) GRANTING MOTION FOR CONTINUANCE AND (II) RE-SCHEDULING HEARING ON MOTION FOR REHEARING AND CLARIFICATION

**THIS MATTER** came before the Court upon the *pro se* Debtor's *Motion for Continuance* (ECF No. 43), in which the Debtor requests that the hearing on the *Motion for Rehearing and Clarification* (ECF No. 38) be continued for thirty days. Finding good cause to grant the Debtor's *Motion for Continuance*, it is **ORDERED** that:

1. The *Motion for Continuance* (ECF No. 43) is **GRANTED**.

2. The hearing on the *Motion for Rehearing and Clarification* (ECF No. 38) is re-scheduled for **January 9, 2020, at 9:30 a.m.** at the United States Bankruptcy Court, U.S. Courthouse, 299 E Broward Blvd Room 308, Ft. Lauderdale, FL 33301.

### 

Copies furnished to:

All interested parties by Clerk of Court