**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

LOUIS FISHER                                                                 Case No. 19-19710-SMG
                                                                                              Chapter 7

         Debtor.
_____/

**DEBTOR ATTORNEY'S MOTION TO WITHDRAW AND DISCHARGE ATTORNEY**
**AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING**

         COMES NOW, Mitchell J. Nowack, Esq., Attorney for the Debtor, LOUIS FISHER, and files this Motion to Withdraw and Discharge Attorney, and as support thereof states as follows:

         1.    The Debtor is before this Court by virtue of a bankruptcy petition filed under Chapter 7 on July 22, 2019.

         2.    The Debtor and the undersigned counsel have irreconcilable differences that cannot be overcome.

         3.    Counsel for the Debtor has no choice but to withdraw as attorney for the Debtor.

         **WHEREFORE**, Mitchell J. Nowack, Esq., attorney for the Debtor, LOUIS FISHER, requests that this Court enter an Order granting the Motion withdrawing his legal representation of the Debtor, and discharging Mitchell J. Nowack, Esq. and Nowack & Olson PLLC from any further legal representation in this case.

**CERTIFICATE OF SERVICE**

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1.

         I hereby certify that a copy of the foregoing Motion and Notice of Hearing subsequently generated after the filing of the instant Motion was served in the manner described below, on December 16, 2019, upon:

<u>Via CM/ECF:</u>
Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Jason Slatkin, Esq. on behalf of Creditor Theodore Roberts
jslatkin@slatkinreynolds.com, imalcolm@slatkinreynolds.com;r53227@notify.bestcase.com

Kenneth A Welt
fl10@ecfcbis.com;pacerfilings@gmail.com;kaw@trustesolutions.net;court@trusteeservices.biz

<u>Via US Mail:</u>
Louis Tino Fisher
5440 NW 12th Court
Lauderhill, FL 33313

        *Law Offices of*
        **NOWACK & OLSON, PLLC**
        Attorney for Debtor(s)
        8551 Sunrise Blvd., Suite 208
        Plantation, FL 33322
        **(954) 349-2265**

        /s/ Mitchell J. Nowack
        **MITCHELL J. NOWACK, ESQ.**
        Florida Bar Number: 099661