| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 19-19710-SMG<br>Southern District of Florida<br>Fort Lauderdale<br>Mon Dec 16 20:23:05 EST 2019 | Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329-7871 | Bankamerica<br>4909 Savarese Circle<br>Tampa, FL 33634-2413 |
| Chase Card<br>Po Box 15369<br>Wilmington, DE 19850-5369 | Ditech Financial Llc<br>345 Saint Peter St<br>Saint Paul, MN 55102-1211 | Freeman Corp<br>4891 NW 103RD AVE # 19<br>Fort Lauderdale, FL 33351-7943 |
| IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Loretta Leonard<br>5440 NW 12th Court<br>Fort Lauderdale, FL 33313-6420 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Syncb/care Credit<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 | Syncb/netwrk<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 | Syncb/rheemk<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 |
| Theodore Roberts<br>c/o Klauber Goldman PA<br>Attn: Michael Haller<br>8751 W Broward Blvd, Suite 410<br>Plantation, FL 33324-2632 | Christian J. Olson Esq.<br>8551 Sunrise Blvd.<br>Suite 208<br>Plantation, FL 33322-4007 | Kenneth A Welt<br>8201 Peters Rd., Ste. 1000<br>Plantation, FL 33324-3266 |
| Louis Tino Fisher<br>5440 NW 12th Court<br>Lauderhill, FL 33313-6420 | Mitchell J. Nowack Esq.<br>8551 Sunrise Blvd #208<br>Plantation, FL 33322-4007 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Theodore Roberts

End of Label Matrix<br>
Mailable recipients     16<br>
Bypassed recipients      1<br>
Total                   17