January 08, 2020

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Chapter 7
Case No. 19-19710-SMG

In re:

Louis Tino Fisher,
    Debtor,

_____

### Voluntary Dismissal of Bankruptcy

Debtor LOUIS T. FISHER, **PRO SE**, moves this Court to dismiss this Bankruptcy Case without prejudice.

1. The Debtor does not have the resources to hire an attorney.

2. The Debtor is filing this dismissal voluntarily to avoid additional sanctions from the Creditor.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by mail this 8th day of January, 2020, on Jason Slatkin, 1 E Broward Blvd Ste. 609, Suite 410, Plantation, Florida 33301-1872.

*/s/ Louis T. Fisher*

Louis T. Fisher
Debtor,
5440 N.W. 12th Court
Lauderhill, Florida 33313
(954) 330-9972