

ORDERED in the Southern District of Florida on January 9, 2020.

*Scott M. Grossman*
**Scott M. Grossman, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| In re: | **CASE NO. 19-19710-SMG** |
|---|---|
| **LOUIS TINO FISHER**, | Chapter 7 |
| Debtor. | |

### ORDER DENYING DEBTOR'S MOTION FOR REHEARING AND CLARIFICATION

THIS CAUSE having come before the Court for hearing on January 9, 2020 at 9:30 a.m. on Debtor's *Motion for Rehearing and Clarification* (the "*Motion*"). [ECF 38]. The Court, having reviewed the *Motion* and the record herein, and the Debtor, having failed to appear to prosecute the *Motion*,

**ORDERS** that the *Motion* is DENIED for the reasons stated on the record.

### ###

Submitted by and copies furnished to:

1

Jason E. Slatkin, Esq.
Slatkin & Reynolds, P.A.
Attorneys for Theodore Roberts
One E. Broward Blvd., Suite 609
Ft. Lauderdale, FL 33301
Telephone: 954.745.5880
Facsimile: 954.745.5890
E-mail: jslatkin/rreynolds@slatkinreynolds.com

> Jason E. Slatkin is directed to serve a copy of this Order on all entitled to service thereof and to file a certificate of service immediately thereafter.

2