

**ORDERED in the Southern District of Florida on January 9, 2020.**

_____
**Scott M. Grossman, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

In re:                                          **CASE NO. 19-19710-SMG**

**LOUIS TINO FISHER**,                           Chapter 7

   Debtor.

---

**ORDER DENYING CREDITOR THEODORE ROBERTS' MOTION FOR IMPOSITION OF SANCTIONS AGAINST DEBTOR PURSUANT TO RULE 9011 OF THE FEDERAL RULES OF <u>BANKRUPTCY PROCEDURE</u>**

THIS CAUSE having come before the Court for hearing on January 9, 2020 at 9:30 a.m. on _Creditor Theodore Roberts' Motion for Imposition of Sanctions Against Debtor Pursuant to Rule 9011 of the Federal Rules of Bankruptcy Procedure_ (the "_Motion_"). [ECF 40]. The Court, having reviewed the _Motion_ and the record herein,

**ORDERS** that the _Motion_ is DENIED for the reasons stated on the record.


### ###

Submitted by and copies furnished to:
Jason E. Slatkin, Esq.
Slatkin & Reynolds, P.A.
Attorneys for Theodore Roberts
One E. Broward Blvd., Suite 609
Ft. Lauderdale, FL 33301
Telephone: 954.745.5880
Facsimile: 954.745.5890
E-mail: jslatkin/rreynolds@slatkinreynolds.com

Jason E. Slatkin is directed to serve a
copy of this Order on all entitled to
service thereof and to file a certificate of
service immediately thereafter.