

**ORDERED in the Southern District of Florida on January 10, 2020.**

**Scott M. Grossman, Judge
United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

LOUIS FISHER                                                          Case No. 19-19710-SMG
                                                                              Chapter 7

        Debtor.

_____/

### ORDER GRANTING DEBTOR ATTORNEY'S
### MOTION TO WITHDRAW AND DISCHARGE ATTORNEY (ECF 46)

THIS CAUSE having come before the court on January 9, 2020 for a hearing on the Debtor Attorney's Motion to Withdraw and Discharge Attorney (ECF 46). Based upon counsel's assertions made in support of the Motion, having considered the record in this case, and being duly advised in the premises, it is **ORDERED** as follows:

    1.    The Debtor Attorney's Motion is GRANTED.

    2.    The Debtor's Attorneys, Christian J. Olson, Esq., Mitchell J. Nowack, Esq. and Nowack & Olson, PLLC, are relieved from any further responsibility in representing the Debtor in this case.  All further notices and pleadings shall be served upon the Debtor at the following address:

Louis Tino Fisher<br>
5440 NW 12th Court<br>
Lauderhill, FL 33313

###

Submitted by:
Mitchell J. Nowack, Esq.
NOWACK & OLSON, PLLC
8551 Sunrise Blvd., Suite 208
Plantation, FL 33322
(954) 349-2265

Copies furnished to:

Attorney Nowack is directed to serve a conformed copy of this Order to all creditors and interested parties immediately upon receipt and file a certificate of service.