

**ORDERED in the Southern District of Florida on January 10, 2020.**

**Scott M. Grossman, Judge
United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                    Case No.: 19-19710-SMG

Louis Tino Fisher,                        Chapter 7
    Debtor.
_____/

### ORDER DENYING MOTION AS MOOT

**THIS MATTER** came before the Court without a hearing on *pro se* Debtor's *Motion to Dismiss Case* (the "Motion") (ECF No. 48). Noting that the case is already dismissed, it is **ORDERED** that the Motion is **DENIED AS MOOT**.

###

Copies Furnished To:

Louis Tino Fisher
5440 NW 12th Court
Lauderhill, FL 33313

Kenneth Welt, Trustee

AUST